Case 4:22-cv-00318   Document 31   Filed on 12/21/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC HEATH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00318 |
| | § | |
| SCOTT T. MORRIS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Christina Bryan's Memorandum and Recommendation filed on September 30, 2025 (Doc. #28), as well as Plaintiff Eric Heath's Objections filed on October 8, 2025 (Doc. #29) and October 30, 2025 (Doc. #30).[1] The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed Plaintiff's arguments and the applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

In this case, Plaintiff seeks judicial review of the Social Security Commissioner's (the "Commissioner") denial of his application for disability benefits. On March 12, 2025, Plaintiff moved for summary judgment on the grounds that his "medical records prove that [he has] had a disability." Doc. #21 at 1. The Commissioner filed a Cross Motion for Summary Judgment on

---

[1] The Court notes that the parties were afforded fourteen days from the entry of the Memorandum and Recommendation, or until October 14, 2025, to file written objections. As such, Plaintiff's Objections filed on October 30, 2025 are untimely. However, the Court finds that, even considering the late-filed Objections, the Memorandum and Recommendation should be adopted.

April 14, 2025. Doc. #22. The Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment be denied and Commissioner's Cross Motion be granted. Doc. #28.

Plaintiff objects to the Memorandum and Recommendation because he believes the Administrative Law Judge ("ALJ") who reviewed his benefit decision was biased and wrong to conclude he was not disabled. As the Magistrate Judge notes, however, the "standard of review for social security disability claims is exceedingly deferential." Doc. #28 at 6 (quoting *Taylor v. Astrue*, 706 F.3d 600, 603 (5th Cir. 2012)). Here, the Court agrees with the Magistrate Judge that the ALJ's determination "is supported by substantial evidence and is not the result of legal error." *Id.* at 10–12. As such, Plaintiff's objections to the Memorandum and Recommendation are overruled.

In conclusion, the Court adopts the Memorandum and Recommendation (Doc. #28) as its Order. Plaintiff's Motion for Summary Judgment (Doc. #21) is DENIED, the Commissioner's Cross Motion for Summary Judgment (Doc. #22) is GRANTED, and the Commissioner's final decision is AFFIRMED. Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

DEC 2 1 2025
Date

The Honorable Alfred H. Bennett
United States District Judge